JS - 6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANAID PETROSYAN, | ) | Case No. CV 12-06876 SJO (CWx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| AMCO INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**JUDGMENT**

The Court having received and reviewed the Defendant's motion for summary judgment, Plaintiff's motion for reconsideration, the supplemental briefs ordered by the Court, as well as the attached Declarations and Exhibits, and the contents of the Court's file, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant as to Plaintiff's claims for breach of contract, tortious breach of the implied covenant of good faith and fair dealing, fraud, constructive fraud, declaratory relief, and unfair business practices.  Plaintiff shall take nothing by her Complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: August 2, 2013.                              _____
                                                                           Judge S. James Otero
                                                                           United States District Court Judge